# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

| | | |
|---|---|---|
| TRAVIS J. HILL, | * | |
| ADC #101475 | * | |
|     Plaintiff, | * | |
| v. | * | |
| | * | |
| DANNY BURL, Warden, East | * | No. 2:10-cv-00120-SWW-JJV |
| Arkansas Regional Unit, Arkansas | * | |
| Department of Correction, *et al.*, | * | |
| | * | |
|     Defendants. | * | |

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe. After a review of the proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Phelps is DISMISSED from this action.

DATED this 22nd day of November, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1