**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRAVIS HILL, | * | |
| ADC #101475 | * | |
|            Plaintiff, | * | |
| v. | * | |
| | * | |
| DANNY BURL, Warden, East Arkansas | * | No. 2:10-cv-00120-SWW-JJV |
| Regional Unit, Arkansas Department of | * | |
| Correction; *et al.,* | * | |
| | * | |
|            Defendants. | * | |

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Joe J. Volpe.  After a review of those proposed findings and recommendations, and the timely objections received thereto,  as well as a *de novo* review of the record, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Temporary Restraining Order (Doc. No. 2), which this Court construes as a Motion for Preliminary Injunctive Relief, is DENIED.

IT IS SO ORDERED this 31st day of January, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE