IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVIS J. HILL, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| DANNY BURL, Warden, East Arkansas | * | No. 2:10-cv-00120-SWW-JJV |
| Regional Unit, *et al.,* | * | |
| | * | |
| Defendants. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. Holloway's Motion for Judgment on the Pleadings (Doc. No. 115) is GRANTED.

2. ADC Defendants' Motion for Judgment on the Pleadings (Doc. No. 117) is GRANTED.

3. Plaintiff's Complaint is DISMISSED without prejudice for failure to exhaust his administrative remedies.

4. Mr. Holloway's request that this dismissal be counted as a "strike" is DENIED.

5. All pending motions are rendered MOOT.

SO ORDERED this 22nd day of November, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE