**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRAVIS J. HILL, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| DANNY BURL, Warden, East Arkansas | * | No. 2:10-cv-00120-SWW-JJV |
| Regional Unit, *et al.,* | * | |
| | * | |
| Defendants. | * | |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

SO ADJUDGED this 22nd day of November, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE