# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| TRAVIS J. HILL, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| DANNY BURL, Warden, East Arkansas Regional Unit, *et al.*, | *   No. 2:10-cv-00120-SWW-JJV |
| | * |
| Defendants. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

SO ADJUDGED this 22nd day of November, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE